UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOE NATHAN SCOTT, JR., <br><br> Petitioner, <br> v. <br> RENEE BAKER, et al., <br><br> Respondents. | Case No. 3:15-cv-00231-RCJ-VPC <br><br> ORDER |

On August 23, 2016, this court dismissed petitioner Joe Nathan Scott, Jr.'s *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 as time barred (ECF No. 19). Judgment was entered (ECF No. 20). Thereafter, Scott filed a motion for request of production of documents with this court (ECF No. 21), and he filed a notice of appeal with the Ninth Circuit Court of Appeals (ECF No. 22). On January 27, 2017, the Ninth Circuit Court of Appeals denied a certificate of appealability (ECF No. 26). In the motion for production of documents, Scott states that he needed respondents to provide copies of certain filings in order to proceed with his appeal. The case is closed, and this court lacks jurisdiction to consider the motion. Moreover, the motion would be moot because the Ninth Circuit denied a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's motion for production of documents (ECF No. 21) is **DENIED**.

DATED: 12 June 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1